IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Theresa Shanta McCurdy                             Case No. 24-50592-KMS
         Marcus Lashon McCurdy, Debtors                             CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/25/2024.
2. Debtors are paying approximately 100% to General Unsecured Debts through the plan.
3. Debtors filed a Motion to Modify (Dk #32) surrendering the 2018 Toyota Camry that was being paid through the Chapter 13 Plan.
4. A Supplemental Schedule I and J (Dk #34) has been filed evidencing debtors' current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
5. Debtors wish to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.