# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Theresa Shanta McCurdy                              Case No. 24-50592-KMS
         Marcus Lashon McCurdy, Debtors                              CHAPTER 13

## NOTICE

Debtors have filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: January 21, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Theresa Shanta McCurdy                              Case No. 24-50592-KMS
         Marcus Lashon McCurdy, Debtors                            CHAPTER 13

### MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/25/2024.
2. Debtors are paying approximately 100% to General Unsecured Debts through the plan.
3. Debtors filed a Motion to Modify (Dk #32) surrendering the 2018 Toyota Camry that was being paid through the Chapter 13 Plan.
4. A Supplemental Schedule I and J (Dk #34) has been filed evidencing debtors' current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
5. Debtors wish to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>THERESA SHANTA MCCURDY<br>MARCUS LASHON MCCURDY | CASE NO: 24-50592-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/21/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>THERESA SHANTA MCCURDY<br>MARCUS LASHON MCCURDY | CASE NO: 24-50592-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/21/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/21/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-50592-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JAN 20 15-54-57 PST 2026 | FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| 1ST FRANKLIN<br>6335 US HWY 49<br>SUITE 20<br>HATTIESBURG  MS 39401 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | AARONS<br>6110 US 98<br>HATTIESBURG  MS 39402 |
| AIDVANTAGE ON BEHALF OF THE DEPARTMENT OF EDUCATION<br>DEPT OF ED LOAN SERVICES<br>PO BOX 300001<br>GREENVILLE TX 75403-3001 | AMERICAN CREDIT ACCEPTANCE<br>961 EAST MAIN STREET<br>SPARTANBURG   SC 29302-2149 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE  NA<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO  IL 60604-2948 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| FIRST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | EXCLUDE<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE  TX 76099-1149~~ |
| HOLLIS COBB ASSOCIATES  INC DBA PATIENT ACC<br>BUREAU ASSIGNEE OF FORREST GENERAL HO<br>CO DAVID L MENDELSON  ESQ MENDELSON L<br>PO BOX 17235<br>MEMPHIS  TN 38187-0235 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| (P)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 | NAVIENT<br>ATTN  BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE  PA 18773-9635 |
| (P)POSSIBLE FINANCIAL INC<br>LEEZA PARADES<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | SANTANDER CONSUMER<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH  TX 76161-0244 | SANTANDER CONSUMER USA INC<br>1601 ELM ST  STE 800<br>DALLAS  TX 75201-7260 |

```
SUNBELT FCU                          US ATTORNEY                          US ATTORNEY GENERAL
ATTN BANKRUPTCY                      INTERNAL REVENUE SERVI               US DEPT OF JUSTICE
6885 US HWY 49                       501 EAST COURT ST                    950 PENNSYLVANIA AVENW
HATTIESBURG   MS 39402               STE 4430                             WASHINGTON   DC 20530-0001
                                     JACKSON   MS 39201-5025


EXCLUDE                                                                   EXCLUDE

UNITED STATES TRUSTEE                WEBBANK FINGERHUT                    (P)DAVID RAWLINGS
501 EAST COURT STREET                6250 RIDGEWOOD ROAD                  ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
SUITE 6-430                          SAINT CLOUD   MN 56303-0820          PO BOX 566
JACKSON   MS 39201-5022                                                   HATTIESBURG MS 39403-0566


                                     DEBTOR                               EXCLUDE

MARCUS LASHON MCCURDY                THERESA SHANTA MCCURDY               THOMAS CARL ROLLINS JR
29 PARK PLACE                        29 PARK PLACE                        THE ROLLINS LAW FIRM, PLLC
APT 1801                             APT 1801                             PO BOX 13767
HATTIESBURG  MS 39402-5903           HATTIESBURG  MS 39402-5903           JACKSON   MS 39236-3767
```