_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: Theresa Shanta McCurdy | Case No. 24-50592-KMS |
| Marcus Lashon McCurdy, Debtors | CHAPTER 13 |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE, having come on this date on the Debtors' Motion to Modify Plan (DK #__32__), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtors shall surrender the 2018 Toyota Camry to the Creditor, American Credit Acceptance, LLC. Trustee shall cease ongoing payments to Creditor for the Vehicle. The bankruptcy plan shall be reduced to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR